UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-258-1FL

UNITED STATES OF AMERICA

v.                                                          ORDER

BRANDI L. FORD

THIS CAUSE is before the Court on the defendant's motion for travel expenses from Fayetteville, North Carolina[1] to Fort Polk, Louisiana, pursuant to 18 U.S.C. § 4285. The defendant appeared in New Bern, North Carolina before this Court for a probation revocation hearing on January 10, 2018.

For good cause shown, the defendant's motion is ALLOWED. The Court directs the United States Marshals Service, pursuant to 18 U.S.C. § 4285, to arrange for the defendant's means of non-custodial transportation or to furnish the fare for such transportation and, in addition, subsistence travel expenses so that the defendant may depart from Fayetteville, North Carolina on or about January 11, 2018 and return to Fort Polk, Louisiana. Counsel for the defendant shall provide defendant's personal information directly to the United States Marshals Service.

SO ORDERED.

This the __10th__ day of __January__, 20 __18__.


_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] The defendant has temporary accommodations in Fayetteville, North Carolina.